

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00671-CR

The **STATE** of Texas,
Appellant

v.

Raul Becerra **CASTORENA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11297CR
The Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

The reporter's record in this appeal was due November 3, 2014, but it was not filed. On November 7, the clerk of this court notified John Price by letter that he is the official court reporter responsible for timely filing the reporter's record, and the record had not been filed. Price responded to the court's letter on November 17, 2014, explaining that he has been unable to prepare the record due to serious health reasons. Price stated that he might be released to return to work in January 2015, and requested an extension of time of sixty days after he returns to work.

We conclude the court reporter is temporarily unable to perform his duties in a timely manner. We therefore **deny** Price's motion for extension of time to file the record.

We **order** Price to retain competent assistance to prepare the record of the reported proceedings in this case, to deliver his notes of the proceedings to such reporter, and to provide whatever is necessary to assist the reporter to prepare the record in this appeal. We further **order** Price notify this court and the trial court in writing **no later than December 12, 2014**, of the name, address, telephone number and email address of the reporter who will prepare the record.

If Price has not retained competent assistance by December 12, 2015, we **order** the trial court to appoint another reporter to prepare the record and to notify this court of the appointment not later than December 17, 2014. *See* TEX. GOV'T CODE ANN. § 52.042(a) (2013).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court